IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH RANEY ,

      Petitioner,                                    ORDER

v.

                                         Case No.  15-cv-663-wmc

U.S.,

      Respondent.

Petitioner Kenneth Raney seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee.  For this case to move forward, petitioner must pay the $5 filing fee or submit motion for leave to proceed without prepayment of the filing fee, which I am enclosing with this order, no later than November 9, 2015.

ORDER

IT IS ORDERED that Petitioner Kenneth Raney may have until November 9, 2015, to pay the $5 filing fee or submit a motion for leave to proceed without prepayment of the filing fee.  If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before November 9, 2015, I will assume that petitioner wishes to withdraw this action voluntarily and will dismiss the petition without further notice.

Entered this 16th day of October, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge