IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH JAY RANEY, SR.,

    Petitioner,                                             JUDGMENT IN A CIVIL CASE

v.                                                                           Case No. 15-cv-663-wmc

UNITED STATES OF AMERICA,

    Respondent.

---

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing

Kenneth Jay Raney, Sr.'s petition for a writ of habeas corpus under 28 U.S.C. § 2241.

/s/                                                                          6/2/2017

| Peter Oppeneer, Clerk of Court | Date |
|---|---|